FOURTH DEPARTMENT, JUNE, 2005

(June 10, 2005)

■ GEORGE WILLIAM SHEAHAN, Appellant, v WAYNE MASTON et al., Respondents. (Appeal No. 2.) [796 NYS2d 280]—Appeal from an order of the Supreme Court, Cayuga County (Peter E. Corning, A.J.), entered July 2, 2004. The order denied plaintiff's motion for leave to reargue an order entered April 7, 2004.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Scudder, J.P., Martoche, Pine, Lawton and Hayes, JJ.

■ MARY ELIZABETH WITT, Appellant, v WILLIAM H. MERRILL, JR., Respondent, et al., Defendant. (Appeal No. 1.) [796 NYS2d 298]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered January 30, 2004. The order granted the motion of defendant William H. Merrill, Jr. for summary judgment dismissing the complaint against him.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.